1  PHILLIP A. TALBERT
   United States Attorney
2  JUSTIN GILIO
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4-401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099
5

6  Attorneys for Plaintiff
   United States of America
7

8                IN THE UNITED STATES DISTRICT COURT

9                   EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,        CASE NO. 1:15-CR-00237-JLT-SKO

12 |                  Plaintiff,      MOTION FOR DISMISSAL

13 |         v.

14 | JASON AGOSTO CASTRO, ET AL.,

15 |                  Defendant.

16

17         Pursuant to Federal Rule of Criminal Procedure 48, and by leave of Court, the United States

18 Attorney for the Eastern District of California hereby moves to dismiss the above-referenced case

19 without prejudice, including the complaint and indictment against JASON A. CASTRO.

20

21  Dated: Nov 03, 2022                    PHILLIP A. TALBERT
                                           United States Attorney
22

23                                   By:  /s/ JUSTIN GILIO
                                          JUSTIN GILIO
24                                        Assistant United States Attorney

25

26

27

28

MOTION FOR DISMISSAL                          1

1  PHILLIP A. TALBERT
   United States Attorney
2  JUSTIN GILIO
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4-401
   Fresno, CA 95814
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099
5

6  Attorneys for Plaintiff
   United States of America
7

8                    IN THE UNITED STATES DISTRICT COURT

9                       EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,         | CASE NO. 1:15-CR-00237-JLT-SKO
12 |                        Plaintiff, | ORDER TO DISMISS CASE
13 |                  v.               |
14 | JASON AGOSTO CASTRO, ET AL.,      |
15 |                        Defendant. |
16

17      Pursuant to the government's request under Federal Rule of Criminal Procedure 48, the Court
18 hereby GRANTS the government's motion and gives the government leave to dismiss the complaint and
19 indictment in this matter without prejudice as against defendant JASON A. CASTRO.
20

IT IS SO ORDERED.

   Dated: __**November 4, 2022**__                    _Jennifer L. Thurston_
20                                                    UNITED STATES DISTRICT JUDGE
   24

25

26

27

28

   ORDER TO DISMISS CASE                       1